Sept. 20-2019

U.S.'s Easten Fedical District Court of La. - Civil Action

19-12944 SECT. S MAG. 5

Columbus Chris Williams and his Family Plus his Wife ~~Micha~~ Mildred Parker Williams

VS

(1) New York Times Newspaper and it's President, Editor and CEO (John Doe)

(2) Houma Courier Newspaper and its Editor Mr. /

p. 1. of 12

TENDERED FOR FILING
SEP 30 2019
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Mrs. Jane Doe

(3) The Houma Courier's Female Editor that showed up in Court saying that I wanted to do Physical or Body Harm To her Mrs/ Ms. Jane Doe.

## FACTS

I was in the La.'s DOC Prison when Ms. or Mrs. Jane Doe came into a Court Heaving

p. 2 of 12

That I had Written from Prison Stating That I Wrote her at The Houma Courier Newspaper state I Was going to Harm. I Was "NOT" Shown Any Warrant and the Hearing Was the Very First (1st) Time I had Heared About This, But While in La.'s DOC at E.H.C.C. the 32nd J.D.C.'s Clerk

~~P. 2 of~~ Page 3 of 12

of the 32nd J.D.C.'s Clerk Sent Me a Legal Letter or Legal Document stating & Showing that I Have "NEVER BEEN LEGALLY, FORMALLY" or "CONSTITUTION- ALLY BEEN ARREST- ed" in Terrebonne Parish (The 32nd JDC) or ANY OTHER Parish in the State of La. and "NEVER BEEN ARREST- ~~Ed in An~~

p. 4 of 12

ED" in Any State in The United States, Every Time that I Have Been Placed in "CUSTOY" has made it into The Police Arrest Section of the Houma Courier Newspaper going Out to the General Public and to My Family.

### AWARD

We are Requesting a Jury Trial Plus

5 of 12

To My Whole Family that Lived with me & My Wife plus The (Most) Family Worked at One (1) of My Businesses; there we are Requesting $555,000,000.00 me and a Seperate $555,000,000.00 for Every Member of My Family Seperately & Individually Plus Defendant Show Pay

"ALL" Cost for the Court, the Attorney(s) Fees & Interest from Date of Demand.

    I "ONLY" got to know that I ~~Arres~~ cw Were "NEVER LEGALLY or CONSTITUTIONALLY" "ARRESTED".

    I am Also Praying & Pleading that the Court "ORDER" the

~~p. 6 of 5 of~~ cw

7 of 12

Houma Courier To Print Legal Correction with Me Drawing Up what has to Be Printed. "ALL" Defendants are "INDIVIDUALLY, PERSONALLY and 100% Defendant as "RESPONEAT SUPERIOR".

Service

(1) ~~J.P. Morgan Chase Bank~~ cw     cw
~~& its President or CEO~~ cw     cw.

8 of 12

~~Through the La's Sec't of State in Baton Rouge~~

(1) The New York Times Newspaper Can Be Served Through the La's Sec't of State's Office in Baton Rouge

(2) The Houma Courier's Newspaper Editor, CEO or Manager Can be Served though The Terrebonne Parish's Sheriff's Office and the

9 of 12

Young Lady that was Acting as CEO or Editor of the Houma Courier Ms/Mrs. Jane Doe Can Also Be Served Thru. The Terrebonne Parish's Sheriff's Office. She is Located at Houma Courier's Newspaper at either 3030 Barrow St. or at 3000 Block of Barrow St., Houma

10 of 12

Columbus Chris Williams is Located at La.'s DOC at E.H.C.C.; SNU Room 5 DOC # 293144; P.O.B. 174 St. Gabriel 70776-0174 and Mildred and My Family Can Be Served at 2939 Grand Caillou Rd. c/o Chris Williams Bail Bonding, Houma, La.

Any Extra Cost, Please Send Bill To

p. 11 of 12

Columbus Chris Williams,

29 3144, E.H.C.C.

SNU- Room 5;

P.O. B. 174

St. Gabriel 70776-0174

Respectfully

*Caleb Chi Willi*

Columbus Chris Williams

12 of 12

Columbus Chris Williams, 293144
E.H.C.C.; SNU - Room 5
P.O.B. 174
St. Gabriel
70776-0174

Five (5) Civil Suits

Legal Mail

